**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Kevin Cunningham, et al.
         Plaintiff,

v.                  Case No.: 1:21−cv−05368
                 Honorable Virginia M. Kendall

Roundy's Illinois, LLC
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 8, 2021:

  MINUTE entry before the Honorable Virginia M. Kendall. Briefing schedule set as to Defendant's Motion to Sever [11]. Response due by 1/5/2022; Reply due by 1/19/2022. Teleconference Status hearing set for 3/9/2022 at 9:15 AM. Teleconference Initial Status hearing set for 1/19/2022 stands. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.