IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN CUNNINGHAM, JOSEPH SOBCZAK, ZACHARY MILBOURN, JANEL LARSON, MARIA QAZI, MARY DICICCO (GEHRIG), ARICA ROSA, CARRIE R. WEAVER, THOMAS IGNOFFO, JULIANA FUHRMANN, RUBA AL AYED, SEVCAN COSTNER, SHARITA JACKSON (POWERS), MELINDA KEARNEY, NIHRIEN PRGAM, PATRICK JAMES ELLIS JR, HOPE R. FRY, URUJA RAZZAK, SERGIO MEDINA, ALEJANDRO DIAZ, EDDIE CHAPARRO, JONATHAN BATTISTELLI, DOLORES GARCIA, <br><br>  Plaintiffs, <br><br> v. <br><br> ROUNDY'S ILLINOIS, LLC D/B/A MARIANO'S <br><br>  Defendant. | N<u>o</u>. 1:21-cv- 5368 <br><br> **Hon. Virginia M. Kendall** <br> **U.S. District Court Judge** <br><br> Hon. Sheila M. Finnegan <br> Magistrate Jude |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE RESPONSE IN OPPOSITION
TO DEFNDANT'S MOTION TO SEVER**

NOW COME, Plaintiffs, by their attorneys of record, and for their Unopposed Motion for Extension of Time to File Response in Opposition to Defendant's Motion to Sever, states as follows:

1. On October 8, 2021, Plaintiffs filed their Complaint against Defendant alleging violations of the Fair Labor Standards Act, Illinois Minimum Wage Law and Chicago Minimum Wage Ordinance. Dkt. 1.

2. On December 6, 2021, Defendant filed their Motion to Sever and accompanying memorandum in support. Dkt. 11-12.

3. On December 6, 2021, this Court entered a briefing schedule requiring Plaintiffs to respond by January 5, 2022 with Defendant's reply due January 19, 2022.

4. Since the time Defendant filed their motion, Plaintiffs' counsel was engaged in time sensitive briefing regarding another matter in the Western District of Tennessee that has absorbed much of counsels' time within the period this Court provided for a response.

5. Additionally, Plaintiffs' counsels were traveling for the Christmas and New Year holidays.

6. Plaintiffs request a modest fifteen (15) day extension to file their Response in Opposition to Defendant's Motion to Sever. To date, Plaintiffs have not sought or received an extension of time regarding deadlines for their own motions or pleadings and do not seek this extension for any purpose of delay. None of the Parties will be prejudiced by the extension requested by Plaintiffs herein.

7. Plaintiffs consulted with counsel for Defendant prior to moving for this extension to inquire whether Defendant would oppose the motion. Defendant indicated that they do not oppose Plaintiffs' motion, provided that Defendant's deadline for their reply brief in support of their Motion to Sever is likewise extended.

**WHEREFORE**, Plaintiffs respectfully request that this Court grant their Motion for Extension of Time to File Response in Opposition to Defendant's Sever and for such other relief as the Court deems appropriate under the circumstances.

Respectfully submitted,

*Electronically Filed 01/04/2022*

*s/John W. Billhorn*
John W. Billhorn
Attorney for Plaintiff
and those similarly situated,
known and known

BILLHORN LAW FIRM
53 West Jackson Blvd., Suite 401
Chicago, IL 60604
312-853-1450