# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| KEVIN CUNNINGHAM | ) |
| | ) N<u>o.</u> 1:21-cv- 5368 |
| Plaintiff, | ) |
| | ) **Hon. Virginia M. Kendall** |
| v. | ) **District Court Judge** |
| | ) |
| ROUNDY'S ILLINOIS, LLC D/B/A | ) Hon. Sheila M. Finnegan |
| MARIANO'S | ) Magistrate Judge |
| | ) |
| Defendant. | ) *JURY DEMAND* |
| | ) |

## NOTICE OF FILING

**TO:**  Christopher Scott Griesmeyer / cgriesmeyer@grglegal.com
Zachary Mulcrone / zmulcrone@grglegal.com
Greiman, Rome & Griesmeyer, LLC

PLEASE TAKE NOTICE that on August 17, 2022, I shall cause to be filed with the Clerk of the United States District Court located at the Everett Dirksen Building, 219 South Dearborn, Chicago, Illinois, **Plaintiff Kevin Cunninham First Amended Complaint),** a copy of which is hereby served to you.

Respectfully submitted,

*Electronically Filed 08/17/2022*

s/ John W. Billhorn

---------------------------------------

John W. Billhorn
BILLHORN LAW FIRM
53 W. Jackson Blvd., Suite 1137
Chicago, Illinois 60604
(312) 853-1450

1

## <u>CERTIFICATE OF SERVICE</u>

  The undersigned, hereby certifies that on August 17, 2022, he caused to be served upon the parties of record above, the aforementioned document by electronic service through the Court's electronic filing system (ECF), or as otherwise directed.

*Electronically Served 08/17/2022*

s/ John W. Billhorn

----------------------------------------

John W. Billhorn