# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Kevin Cunningham, et al.
                    Plaintiff,

v.                                          Case No.: 1:21−cv−05368
                                            Honorable Virginia M. Kendall

Roundy's Illinois, LLC
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 18, 2022:

   MINUTE entry before the Honorable Virginia M. Kendall. The Court further clarifies Opinion [29]. The Clerks' Office is directed to randomly assign each severed case by lot to an active Judge. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.