IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN CUNNINGHAM<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROUNDY'S ILLINOIS, LLC., D/B/A MARIANO'S<br><br>　　　　Defendant. | No. 1:21-cv- 5368<br><br>**Hon. Virginia M. Kendall**<br>**District Court Judge**<br><br>Hon. Sheila M. Finnegan<br>Magistrate Judge<br><br>*JURY DEMAND* |

**PLAINTIFF'S MOTION TO CONSOLIDATE PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 42 AND**
**MOTION TO REASSIGN RELATED CASES PURSUANT TO LOCAL RULE 40.4**

NOW COMES Plaintiff, by his attorneys of record, and for his Motion to Consolidate Pursuant to Federal Rule of Civil Procedure 42 and Motion to Reassign Related Cases Pursuant to Local Rule 40.4, and in conjunction with this Motion, file their Memorandum In Support to Consolidate Pursuant to Federal Rule of Civil Procedure 42 and Motion to Reassign Related Cases Pursuant to Local Rule 40.4, concurrent herewith.

1

**WHEREFORE**, Plaintiffs respectfully request that this Court grant their Motion to Consolidate Pursuant to Fed. R. Civ. P. 42(a) and Motion to Reassign Related Cases Pursuant to L.R. 40.4, and for such other relief this Court deems necessary under the circumstances.

Respectfully submitted,

*Electronically Filed 10/03/2022*

/s/ John W. Billhorn
John W. Billhorn
Samuel D. Engelson

Attorneys for Plaintiffs
Billhorn Law Firm
53 W. Jackson Blvd., Suite 1137
Chicago, Illinois 60604