EXHIBIT - 1

| Plaintiff Name | Judge | Case # |
|---|---|---|
| Prgam, Nihrein | Johnson Coleman | 22-cv-4034 |
| Razzak, Uruja | Johnson Coleman | 22-cv-3990 |
| Larsen, Janel | Ellis | 22-cv-4030 |
| Ellis, Patrick | Gottchall | 22-cv-4050 |
| Weaver, Carrie | Valderrama | 22-cv-4033 |
| Garcia, Dolores | Guzman | 22-cv-4056 |
| Kearney, Melinda | Norgle | 22-cv-4051 |
| Milbourne, Zachary | Guzman | 22-cv-3988 |
| DiCicco, Mary | Kness | 22-cv-4032 |
| Powers Jackson, Sharita | Feinerman | 22-cv-3992 |
| Costner, Sevcan | Shah | 22-cv-4049 |
| AlAyed, Ruba | Alonso | 22-cv-3993 |
| Quazi, Maria | Rowland | 22-cv-4058 |
| Cunningham, Kevin | Kendall | 21-cv-5368 |
| Furhmann, Juliana | Kendall | 22-cv-4035 |