

EXHIBIT - 3

# 2019 Year End Performance Review for RUBA ISSA AL AYED

## Associate Information

| | | | |
|---|---|---|---|
| First Name | RUBA | Last Name | AL AYED |
| Job Title | STR MGMT/PEOPLE SERVICES LEADER | Division | 531 - Mariano's |

## Associate Profile Update

Please take this opportunity to update your **Associate Profile**. It is important to keep your Associate Profile up to date, so your leader can stay aware of your **work history**, **career interests**, **organizational involvement** and **ongoing accomplishments**. During your Year End Performance Review Discussion, plan to discuss any updates to your Associate Profile with your manager.

Your Associate Profile is accessed by clicking on the highlighted text above or selecting the "My Associate Profile" option from the KnowMe home page drop-down menu.

☑ Associate confirms profile reviewed and updated if necessary
☑ Manager confirms profile reviewed and updated if necessary

## 2019 Performance Objectives

The Year End Performance Review Form is the final, annual review of your performance by your manager. The focus of the Year End Performance Review is to review progress and achievement of objectives set at the beginning and throughout the year. The Year End Performance Review Form provides you with the opportunity to describe what results were achieved and how you achieved them. Think about the actions you took to progress toward your objectives and the key milestones you reached along the way.

For each objective, select the appropriate rating by assessing your progress toward each objective, considering what results you achieved and how you achieved them. Your manager will also assess each objective.

Click on the "pencil icon" next to each objective to add progress updates or update the status of each objective.

Performance Objectives
Achieve 2019 Store ID sales target established in budget of 2.17%

Not Yet Started

| Rating | Rating by RUBA ISSA AL AYED |
|---|---|
| Consistently Delivers Expectations | Exceeds Expectations |

## Objective Details

| | | | |
|---|---|---|---|
| WHAT result will you achieve? | Achieve 2019 Store ID sales target established in budget of 2.17% | Start Date | 07/16/2019 |
| HOW will you | | Target | 02/03/2020 |

ROUNDYS_001342

achieve this,
working through
and with others?

Completion Date

| Status | Not Yet Started |

---

Performance Objectives
## Achieve goals for execution behaviors including pick-up fill rate of 96%

<div style="text-align:right">Not Yet Started</div>

**Rating**

Consistently Delivers Expectations

**Rating by RUBA ISSA AL AYED**

Exceeds Expectations

## Objective Details

| WHAT result will you achieve? | Achieve goals for execution behaviors including pick-up fill rate of 96% | Start Date | 07/16/2019 |
| HOW will you achieve this, working through and with others? | | Target Completion Date | 02/03/2020 |
| Status | Not Yet Started | | |

---

Performance Objectives
## Achieve Compliance of 90%, including I-9 100%, WOTC of 98% completion and Learning (LMS) of 70%

<div style="text-align:right">Not Yet Started</div>

**Rating**

Significantly Exceeds Expectations

**Rating by RUBA ISSA AL AYED**

Significantly Exceeds Expectations

## Objective Details

| WHAT result will you achieve? | Achieve Compliance of 90%, including I-9 100%, WOTC of 98% completion and Learning (LMS) of 70% | Start Date | 07/16/2019 |
| HOW will you achieve this, working through and with others? | all | Target Completion Date | 02/03/2020 |
| Status | Not Yet Started | | |

---

Performance Objectives
## Follow the steps of Retention to Achieve 2019 store retention rate of 57.75%

<div style="text-align:right">Not Yet Started</div>

**Rating**

Exceeds Expectations

**Rating by RUBA ISSA AL AYED**

Exceeds Expectations

## Objective Details

| WHAT result will you achieve? | Follow the steps of Retention to Achieve 2019 store retention rate of 57.75% | Start Date | 07/16/2019 |
| HOW will you | | Target | 02/03/2020 |

ROUNDYS_001343

achieve this,
working through
and with others?

Completion Date

Status          Not Yet Started

---

Performance Objectives
## Achieve NHO Survey completion of 95% and passing score of 85%

Not Yet Started

**Rating**                         **Rating by RUBA ISSA AL AYED**

Exceeds Expectations               Significantly Exceeds Expectations

---

### Objective Details

| | | | |
|---|---|---|---|
| WHAT result will you achieve? | Achieve NHO Survey completion of 95% and passing score of 85% | Start Date | 07/16/2019 |
| HOW will you achieve this, working through and with others? | all | Target Completion Date | 02/03/2020 |
| Status | Not Yet Started | | |

---

Performance Objectives
## achieve shrink of 3.88%

Not Yet Started

**Rating**                         **Rating by RUBA ISSA AL AYED**

Exceeds Expectations               Exceeds Expectations

---

### Objective Details

| | | | |
|---|---|---|---|
| WHAT result will you achieve? | achieve shrink of 3.88% | Start Date | 07/16/2019 |
| HOW will you achieve this, working through and with others? | | Target Completion Date | 02/03/2020 |
| Status | Not Yet Started | | |

---

## Performance Objective Comments

Use the space provided to add any further detail about your progress and achievement of each objective. Include any supporting comments that describe the results you achieved and how you were able to achieve them. Before your Year End Performance Review Discussion, your manager will review your objectives and supporting comments and include their comments as well.

Section Comments:

### Manager's Comments

Ruba does a tremendous job hiring for the stores needs. She is attentive to the team member's needs and maintains great completion levels on compliance.

## Kroger Leadership Model Behaviors

ROUNDYS_001344

Review the Kroger Leadership Model behaviors for your role or level by selecting the Kroger Leadership Model image on your **KnowMe homepage.** Then, assess each Kroger Leadership Model behavior, considering how you demonstrated each behavior for your role or level throughout the year.

Use the "Section Comments" area to share any overall comments about your progress on the Kroger Leadership Model behaviors this year. Think about how you were able to demonstrate a Passion for People and a Passion for Results in your role. Additionally, think about how you will continue to develop on these behaviors in the coming year.

## Achieves Results through Teamwork

**Rating**

●●●●● 
Great

**Rating by RUBA ISSA AL AYED**

●●●●● 
Great

## Coaches and Develops Others

**Rating**

●●●●● 
Great

**Rating by RUBA ISSA AL AYED**

●●●●● 
Great

## Communicates Effectively and Candidly

**Rating**

●●●●● 
Great

**Rating by RUBA ISSA AL AYED**

●●●●● 
Great

## Executes with Excellence

**Rating**

●●●●● 
Great

**Rating by RUBA ISSA AL AYED**

●●●●● 
Great

## Leads Change and Innovation

**Rating**

●●●●● 
Great

**Rating by RUBA ISSA AL AYED**

●●●●● 
Great

## Leads through Positive Influence

**Rating**

●●●●● 
Great

**Rating by RUBA ISSA AL AYED**

●●●●● 
Great

## Provides Clear and Strategic Direction

**Rating**

**Rating by RUBA ISSA AL AYED**

ROUNDYS_001345

Case: 1:21-cv-05368 Document #: 48-3 Filed: 10/03/22 Page 5 of 22 PageID #:306

Great

Great

## Puts the Customer First

**Rating**

Great

**Rating by RUBA ISSA AL AYED**

Great

---

Section Comments:

**RUBA ISSA AL AYED's Comments**

The training and compliances were mostly above the goal, but as you know, last year was challenging for hiring on many levels due mainly to reasons beyond my control, and mostly related to the demographics of Northbrook location. Even with the support of corporate and despite my best efforts including and not limited to job fairs, ground sourcing, partnering with different agencies and social and public services, the hiring results were not up to the level needed to staff the store.

At the same time, I continued to work diligently and effectively with the various managers o address their staffing needs and help provide the talent needed.

**KAREN COOPER's Comments**

Ruba has accomplished all challenges put forth and maintained a great retention number. I look forward to working with her this year.,

## Year End Summary

Provide any additional comments you would like to share about your overall performance for the year in the space below.

Section Comments:

**RUBA ISSA AL AYED's Comments**

Lastyear while I was at 533 – Northbrook location, I managed to increase the storecompliance and certification targets above the assigned goals. Moreover, Iachieved 100% compliance in reporting for work aspects including zero hours report,WOTC survey, I-9s, NHO survey and timely termed mostly throughout the wholeyear.

## 2019 Overall Performance Rating

This section will contain the associate's 2019 overall performance rating once it has been finalized by your Division/Business Unit's HR team.

Overall Performance Rating
2019 Overall Performance - Consistently Delivers Expectations

---

## Objective Details

2019 Overall Performance

2019 Overall Performance - Consistently Delivers Expectations

---

## Manager Next Steps

ROUNDYS_001346

The 2019 performance rating must show above before you have the Year End Performance Review Discussion with the associate. When you are ready to hold the Year End Performance Review Discussion, use the print icon to print a copy of the associate's performance review form and bring to the discussion. After the Performance Review Discussion has occurred, forward the Performance Review Form to the associate, via the associate acknowledgement step. If this form is forwarded **before the 2019 performance rating has populated** or the **Performance Review Discussion has occurred**, navigate to "Team Overview" and use the "Recall" hyperlink in the "Associate Acknowledgement" column to move the form back to the "Performance Review Discussion" step.

## Year End Performance Review Discussion Date

2019 Performance Review Date          05/13/2020

## Signatures

Your signature indicates the Year End Performance Review Discussion was held, not agreement with the documentation or information contained in it. Review your Year End Performance Review Form to ensure all areas are complete. Click "Acknowledge to Complete Review" when complete.

Associate:    RUBA ISSA AL AYED                              05/13/2020

ROUNDYS_001347

Case: 1:21-cv-05368 Document #: 48-3 Filed: 10/03/22 Page 7 of 22 PageID #:308



# 2017 Year End Performance Review for DOLORES E GARCIA

## Associate Information

| First Name | DOLORES | Last Name | GARCIA |
|---|---|---|---|
| Job Title | STORE MGMT-STORE/HR ASST MGR | Division | 531 - Mariano's |

## Associate Profile Update

Please take this opportunity to update your Associate Profile sections. The profile and your career interests will be discussed during the Year End Review 1:1 with your manager.

☑ Associate confirms profile reviewed and updated if necessary

☑ Manager confirms profile reviewed and updated if necessary

## Introduction

The Year End Form is the final, annual review of associate performance by his/her manager. It focuses on the accomplishment of Performance Objectives, demonstration of Kroger Leadership Behaviors, among other things. Navigate to the Help & Tutorials tab of this page for a complete listing of available training and reference materials.

## 2017 Performance Objectives

Assess accomplishment of Performance Objectives and write supporting comments in the space provided.

## Leadership Behaviors - Strengths

Evaluate demonstration of the Kroger Leadership Behaviors and write supporting comments in the space provided. Identify two leadership behaviors as Demonstrated Strengths. For a description of the eight Leadership Behaviors, click the ? next to the Rating pull down menu.

### First Demonstrated Strength

| **Area of Strength** | **Rating by DOLORES E GARCIA** |
|---|---|
| Achieves Results through Teamwork | Achieves Results through Teamwork |

### Second Demonstrated Strength

| **Area of Strength** | **Rating by DOLORES E GARCIA** |
|---|---|
| Coaches and Develops Others | Coaches and Develops Others |

Section Comments:

**DOLORES E GARCIA's Comments**

ROUNDYS_001310

**Achieves results through team**:  Overall I try to build relationships with each of my staff members individually to build trust and respect, both ways.  I try to find ways to connect with them.  Since I have team members of varying levels, (high school to seniors), spending time with them is important.  I attempt to connect them with the mission of Mariano's - high level of customer service which can result in sales.  I strive to be clear about the expectations of their job and the important contribution they make to the organization.  I provide regular feedback on how  they are doing in their role.  If there is an issue of performance, we take a step back, identify the issue and retrain. I always ask for their feedback to ensure they understand what the expectation is.  When staff does a good, job I tell them  and encourage them as much as possible.   Feedback is always timely.  Conversely, if there are performance issues, those area addressed in a timely manner as well. I also work daily to create a great working relationship with both department managers and all associates.

**Coaches and develops others**:  In the case of areas of performance that require coaching, I first ask the employee to tell me about how/why they did a particular task they way they did.  In an encouraging manner, I review the proper way to execute the task and then ask if he or she understands what needs to be done. Follow up is always necessary to ensure that they are following the correct way to perform  One of the staff in the sweetshop has developed to the point that she is now training for an opportunity to move from a level 1 to a level three.

## MICHAEL SCOPA's Comments

I agree with Dolores's self assessment.   She had a great team in demo here at 8541.  They would gladly do anything Dolores asked of them.   She is a great listener and this has helped her not only mesh with her team but also helped her coach and develop her staff.

# Leadership Behaviors - Area for Development

Evaluate demonstration of the Kroger Leadership Behaviors and write supporting comments in the space provided. Identify one leadership behavior for an Area for Development.  For a description of the eight Leadership Behaviors, click the ? next to the Rating pull down menu.

## Area for Development

| Area for Development | Rating by DOLORES E GARCIA |
| --- | --- |
| Communicates Effectively and Candidly | Executes with Excellence |

Section Comments:

## DOLORES E GARCIA's Comments

**Leads Change and Innovation:** With the advent of the Mariano's Transition program, I would like to be more involved with the upcoming trainings that are being offered to staff so that I will be a more valuable asset to the organization.  For instance, the retail management certificate program that could help me better understand the basics of retail principles, learn basic visual merchandising and improve computer technologies as they apply to retail environment.
In regards to the day to day activities of my role, I am working towards creating solutions to challenges such as staffing or offs by cross training demo and sweetshop to alleviate issues that arise on a day to day basis.  This includes my own cross training to assist other departments.

## MICHAEL SCOPA's Comments

Dolores is a very good communicator but can always be better.    I feel this is her largest opportunity for growth as with most department managers.  With our young staff Dolores has the perfect patience level to help develop and train them.   She will need to juggle many things at a time in her new role.

# Year End Summary

What additional thoughts would you like to share about the Associate's overall performance? Write overall Year-End comments in the space provided.

Section Comments:

## DOLORES E GARCIA's Comments

After almost three and a half years with the Mariano's organization, I have had an opportunity to learn the basics of retail management which have help me navigate my way through my position.  I have been fortunate to bring to Mariano's my previous experience and look to continue growing within the organization. I was pleased when I was selected to open the Des Plaines location and was

ROUNDYS_001311

informed that it was because of my past performance as a merchandise manager that I was given this opportunity. I look forward to continuing to grow and contribute to the overall success of the organization.

**MICHAEL SCOPA's Comments**

Overall, it was a pleasure to work with Dolores in 2017. She understood her role extremely well and was very organized to accomplish our event planning successfully. In her new role she will need the same type of multi tasking success. I am confident Dolores is up to the challenge this year.

## 2017 Overall Performance Rating

This section will contain the associate's 2017 Overall Performance rating once it has been finalized by your Division/Business Unit's HR team.

DO NOT forward to Associate to Acknowledge until you see the rating populated here. If this form is forwarded prior to this rating being populated, navigate to the Team Overview and use the Recall hyperlink in the Associate Acknowledgement column to pull the form back to the 1:1 step.

Overall Performance Rating
2017 Overall Performance - Consistently Delivers Expectations

---

## Objective Details

| 2017 Overall Performance | 2017 Overall Performance - Consistently Delivers Expectations |
|---|---|

---

## Overall Rating

**Year End Rating**

unrated

| |
|---|
| **2017 Performance Objectives** |
| **2017 Overall Performance Rating** |
| 2017 Overall Performance - Consistently Delivers Expectations |

## Performance Review Date

2017 Performance Review Date      04/23/2018

## Signatures

Your signature indicates the discussion was held, not agreement with the documentation or information contained in it. Review your Year-End Performance form to ensure all areas are complete. Click "Finalize Form" when complete.

Associate: _____     04/24/2018

ROUNDYS_001312



# 2018 Year End Performance Review for DOLORES E GARCIA

## Associate Information

| | | | |
|---|---|---|---|
| First Name | DOLORES | Last Name | GARCIA |
| Job Title | STORE MGMT-STORE/HR ASST MGR | Division | 531 - Mariano's |

## Associate Profile Update

Please take this opportunity to update your Associate Profile. Your Associate Profile is accessed by clicking on the "My Associate Profile" option from the KnowMe home page drop-down menu. It is important to keep your Associate Profile up to date, so your leader can stay aware of your career interests, organizational involvement and ongoing accomplishments. During your Year End Performance Review Discussion, plan to discuss any updates to your Associate Profile, including career interests, with your manager.

☑ Associate confirms profile reviewed and updated if necessary

☑ Manager confirms profile reviewed and updated if necessary

## Introduction

The Year End Performance Review Form is the final, annual review of your performance by your manager. The focus of the Year End Performance Review is to review progress and achievement of objectives set at the beginning and throughout the year. The Year End Performance Review Form provides you with the opportunity to describe what results were achieved and how you achieved them. Think about the actions you took to progress toward your objectives and the key milestones you reached along the way. Additional resources are included on the Help & Tutorials tab.

## 2018 Performance Objectives

Use the space provided to assess your progress and achievement of each objective. Include any supporting comments that describe the results you achieved and how you were able to achieve them. Additionally, review the **Kroger Leadership Model** behaviors to help you share how you progressed towards achieving your objectives. Before your Year End Performance Review Discussion, your manager will review your objectives and supporting comments and include their comments as well.

Performance Objectives

Conduct regular store walks, engaging team members, evaluating morale, productivity and job satisfaction.

> In Progress

### DOLORES E GARCIA's Comments

Several times a day, I walk the store to speak to managers and team members to assess the needs of each department. At that time, I also share with team members information regarding any updates they would need to know. All morale issues are shared with the Director.

Department mangers are also using our 30-60-90 day check-in form to asses team members morale.

I have also partnered with the ASM to conduct evening huddles with departments.

## Additional Ratings and Comments

ROUNDYS_001313

### MICHAEL SCOPA's Comments

I agree Dolores conducts store walks multiple times daily.     Recruited help from department managers to help carry out 30/60/90 check ins.

## Objective Details

| | | | |
|---|---|---|---|
| Objective | Conduct regular store walks, engaging team members, evaluating morale, productivity and job satisfaction. | Progress Updates | |
| Status | In Progress | Start Date | 02/04/2018 |
| Target Completion Date | 02/02/2019 | | |

Performance Objectives

## Manage the store hiring process and applicant tracking system; promote job openings, identify, interview and select best fit candidates.

In Progress

### DOLORES E GARCIA's Comments

We have scheduled several job fairs for the store which had positive results.  I have also partnered with the Department of Employment Security to offer monthly on-site hiring at their offices.  Our turnover rate is second best for area 12, which ties in to my ability to select best fit candidates.  I need to spend more time developing partnerships in the community to ensure that we have a continuous pipeline of candidates for this store.

## Additional Ratings and Comments

### MICHAEL SCOPA's Comments

Very aggressive to schedule job fairs.    Very concerned with employee issues.    Number 3 in company with turnover rate.     Needs to continue to reach out to community to help staff the store.

## Objective Details

| | | | |
|---|---|---|---|
| Objective | Manage the store hiring process and applicant tracking system; promote job openings, identify, interview and select best fit candidates. | Progress Updates | |
| Status | In Progress | Start Date | 02/04/2018 |
| Target Completion Date | 02/02/2019 | | |

Performance Objectives

## Provide a positive onboarding and orientation experience for new employees, promote the total reward package and ensure all required forms are completed.

In Progress

### DOLORES E GARCIA's Comments

All employees have been successfully onboarded.  The orientation experience is completed, however a number of the orientations have been one-on-one rather than in a group setting.  Initially I had issues with properly entering in the I9s for new employees, but have since been trained on the correct way to complete. All new employees are given their rewards cards on their onboarding day. This has contributed to an open communication between myself and team members.

## Additional Ratings and Comments

### MICHAEL SCOPA's Comments

Did have some issues with I9's in 2018.    As previously mentioned Dolores is very concerned with new and current employee issues. Her concern is a very large reason we were able to be successful retaining our team.

ROUNDYS_001314

## Objective Details

| | | | |
|---|---|---|---|
| Objective | Provide a positive onboarding and orientation experience for new employees, promote the total reward package and ensure all required forms are completed. | Progress Updates | |
| Status | In Progress | Start Date | 02/04/2018 |
| Target Completion Date | 02/02/2019 | | |

Performance Objectives

coordinate all new hire training; confirm team members are fully certified for their hired positions. I continue to work with department managers to address those individuals requiring training. Employees are allowed to train weekly.

<div style="text-align:right">In Progress</div>

### DOLORES E GARCIA's Comments

We are currently 65% fully certified as a store. Challenge is to keep new team members in training before they go to their departments and to get those longer term employees to complete their certifications. I have a great partnership with our SOM who helps with getting people trained.

## Additional Ratings and Comments

### MICHAEL SCOPA's Comments

Aggressive target in 2019 which is 75%. Need to make an impact starting now.

## Objective Details

| | | | |
|---|---|---|---|
| Objective | coordinate all new hire training; confirm team members are fully certified for their hired positions. I continue to work with department managers to address those individuals requiring training. Employees are allowed to train weekly. | Progress Updates | |
| Status | In Progress | Start Date | 02/04/2018 |
| Target Completion Date | 02/02/2019 | | |

Performance Objectives

30-60-90 check ins

<div style="text-align:right">At Risk</div>

This area has been a huge challenge for me. Department managers have assisted in this effort.

### DOLORES E GARCIA's Comments

This continues to be a challenge for me. I have enlisted the department manager's to participate in these check-in, in addition to my check in. I need to develop a better routine to get this done every week.

## Additional Ratings and Comments

### MICHAEL SCOPA's Comments

Great idea to recruit department managers to help you with this.

## Objective Details

| | | | |
|---|---|---|---|
| Objective | 30-60-90 check ins | Progress | This area has been a huge challenge |

ROUNDYS_001315

|  | | Updates | for me. Department managers have assisted in this effort. |
|---|---|---|---|
| Status | At Risk | Start Date | 02/04/2018 |
| Target Completion Date | 02/02/2019 | | |

Performance Objectives

## Ensure team members understand and adhere to company policies, procedures and practices. Administer coaching and discipline for all associates timely/consistently.

In Progress

This is a daily challenge. Issues like uniform policies are addressed everyday during store walks. I make every attempt to administer all Employee Counseling forms for absences and NCNS in a timely and consistent fashion. I have a strong partnership with our SOM, who helps with the Employee Counseling. Policy and procedure changes are addressed at huddles and kp meetings as well as one on one with employees.

### DOLORES E GARCIA's Comments

This is a daily challnege.  Issues like uniform and cell phone policies are an ongoing issue, but are addressed everyday during store walks.  I make every attempt to administer all Employee Counseling forms for absences and NCNSs in a timely and consistent manner.  I have a partership with our SOM who helps with the Employee counseling when I am out.  Policy and procedure changes are addressed at huddles and kp metings as well as one-on-one with employees.

## Additional Ratings and Comments

### MICHAEL SCOPA's Comments

Total team effort needed her.   Doesn't all fall on Dolores.   We appreciate her communication when she sees someone not in uniform or using a cell phone.

## Objective Details

| Objective | Ensure team members understand and adhere to company policies, procedures and practices. Administer coaching and discipline for all associates timely/consistently. | Progress Updates | This is a daily challenge. Issues like uniform policies are addressed everyday during store walks. I make every attempt to administer all Employee Counseling forms for absences and NCNS in a timely and consistent fashion. I have a strong partnership with our SOM, who helps with the Employee Counseling. Policy and procedure changes are addressed at huddles and kp meetings as well as one on one with employees. |
|---|---|---|---|
| Status | In Progress | Start Date | 02/04/2018 |
| Target Completion Date | 02/02/2019 | | |

## Kroger Leadership Model Behaviors - Strengths

Review the **Kroger Leadership Model** behaviors and identify two leadership behaviors demonstrated as strengths throughout the year. Use the space provided below to explain why you chose each Kroger Leadership Model Behavior and discuss how you were able to effectively demonstrate these behaviors throughout the year. Additionally, think about how you will build on your strengths in the coming year.

First Demonstrated Strength

**Area of Strength**

Coaches and Develops Others

**Rating by DOLORES E GARCIA**

ROUNDYS_001316

Communicates Effectively and
Candidly

## Second Demonstrated Strength

| **Area of Strength** | **Rating by DOLORES E GARCIA** |
| --- | --- |
| Achieves Results through Teamwork | Communicates Effectively and Candidly |

Section Comments:

### DOLORES E GARCIA's Comments

I was promoted to the position of People Services Manager in March, 2018 without going on the Bench and with minimal training. Initially this hindered my performance and resulted in very slow progress. However, I learned by doing, mistakes and all. My results have been good. We are number two in retention. I worked closely with departments that have struggled with hiring issues in the past and helped a few overcome them. My communication style is direct and timely.

### MICHAEL SCOPA's Comments

Dolores has come a long way over the past year. From merchandising manager to PSM. Dolores did not benefit from a structured training program but learned by doing. First few months were bumpy but came through it stronger for it by going through it. This is a perfect position for Dolores. She is kind, patient, respected and a good listener. She isn't afraid to be hard on people from a motherly perspective. She won't cut people slack that do not deserve slack. This is a delicate balance and she has it. Dolores is always willing to listen, this is why everyone respects her.

## Kroger Leadership Model Behaviors - Area for Development

Review the **Kroger Leadership Model** behaviors and identify one leadership behavior that is an area for development for the coming year. Use the space provided below to describe why you chose this behavior as an area for development and how you will improve on this area in the coming year.

### Area for Development

| **Area for Development** | **Rating by DOLORES E GARCIA** |
| --- | --- |
| Communicates Effectively and Candidly | Executes with Excellence |

Section Comments:

### DOLORES E GARCIA's Comments

This area is one that I need to work on in terms of getting the many I pieces done in a timely basis and not let things get behind. I need to develop a better routine that will keep me ahead of these things.

### MICHAEL SCOPA's Comments

Dolores needs to develop a consistent way to keep everyone in the loop without writing long emails that take a lot of time to type out. Good communication is one of the most important attributes all of us need to be successful in our careers, just happens to be the most difficult. I believe she could improve her efficiency and communication by keeping her work area more organized. Dolores's desk area is usually cluttered and to my looks unorganized. I would like her to work on keeping her desk and surrounding areas clean and organized. I believe better organization will help her attain her goals of developing better routines.

## Year End Summary

Provide any additional comments you would like to share about your overall performance for the year in the space below.

Section Comments:

### DOLORES E GARCIA's Comments

The PSM position was one that I worked towards since I joined Mariano's as a Level 4 Demo Lead four years ago. When presented with the challenge of taking the position 11 months ago without going on the Bench and very little training, it was both a challenge and

ROUNDYS_001317

a goal for me. I was determined to learn all I could and become as successful as I could, which I think I have done for the most part. While I am still working on a few challenge areas, I am proud of what I have achieved so far.

### MICHAEL SCOPA's Comments

Dolores is a crucial part of our team and definitely helped us achieve many of our successes in 2018.    I am also proud of your achievements in 2018.

Overall a good Year for 8541....

We achieved positive sales increases weekly once we passed the 12 week mark post cycling of grand opening.

We are currently at 92% success rate with achieving labor.

We are in the top 3-4 stores in area 12 with overall osat for the year.

We were a full point below our shrink budget before the P&L changed and no longer have access to this info.

We are in the top 3 store in Mariano's with retention success.

Our clicklist department is consistently over 90% with in stock and rarely over 3% with late orders.

Overall we have had positive Scott, Ken, Matt and /Merchandiser/Coordinator visits throughout the year.

One of the company leaders in regards to scanning demo shrink consistently week to week throughout the year.

Conditions have been consistent most of the year except for conversion time when we had trouble sourcing products from our warehouse, even through this we achieved positive sales.

Our greatest opportunity is Ecolab audits, 778 average needs to get better in 2019.


## 2018 Overall Performance Rating

This section will contain the associate's 2018 overall performance rating once it has been finalized by your Division/Business Unit's HR team.

Overall Performance Rating
## 2018 Overall Performance - Consistently Delivers Expectations

---

## Objective Details

| 2018 Overall Performance | 2018 Overall Performance - Consistently Delivers Expectations |
|---|---|

---

## Manager Next Steps

The 2018 performance rating must be showing above before you engage in the Performance Review Discussion with your associate. The Performance Review form should be forwarded to the associate, via the associate acknowledgement step, only after the Performance Review Discussion has occurred. Once the 2018 performance rating appears on the form, use the print icon on this page to print a copy of the associate's performance review form to bring to their Year End Performance Review Discussion. If this form is forwarded **before the 2018 performance rating has populated** or the **Performance Review Discussion has occurred**, navigate to "Team Overview" and use the "Recall" hyperlink in the "Associate Acknowledgement" column to move the form back to the "Performance Review Discussion" step.


## Overall Rating

### Year End Rating

ROUNDYS_001318

unrated

| 2018 Performance Objectives |
| --- |
| Conduct regular store walks, engaging team members, evaluating morale, productivity and job satisfaction. |
| Manage the store hiring process and applicant tracking system; promote job openings, identify, interview and select best fit candidates. |
| Provide a positive onboarding and orientation experience for new employees, promote the total reward package and ensure all required forms are completed. |
| coordinate all new hire training; confirm team members are fully certified for their hired positions. I continue to work with department managers to address those individuals requiring training. Employees are allowed to train weekly. |
| 30-60-90 check ins |
| Ensure team members understand and adhere to company policies, procedures and practices. Administer coaching and discipline for all associates timely/consistently. |
| **2018 Overall Performance Rating** |
| 2018 Overall Performance - Consistently Delivers Expectations |

## Year End Performance Review Discussion Date

2018 Performance Review Discussion
Date      03/26/2019

## Signatures

Your signature indicates the Year End Performance Review Discussion was held, not agreement with the documentation or information contained in it. Review your Year End Performance Review Form to ensure all areas are complete. Click "Acknowledge to Complete Review" when complete.

Associate:   DOLORES E GARCIA         03/26/2019

ROUNDYS_001319



# 2019 Year End Performance Review for DOLORES E GARCIA

## Associate Information

| First Name | DOLORES | Last Name | GARCIA |
|---|---|---|---|
| Job Title | STR MGMT/PEOPLE SERVICES LEADER | Division | 531 - Mariano's |

## Associate Profile Update

Please take this opportunity to update your **Associate Profile**. It is important to keep your Associate Profile up to date, so your leader can stay aware of your **work history**, **career interests**, **organizational involvement** and **ongoing accomplishments**. During your Year End Performance Review Discussion, plan to discuss any updates to your Associate Profile with your manager.

Your Associate Profile is accessed by clicking on the highlighted text above or selecting the "My Associate Profile" option from the KnowMe home page drop-down menu.

☑ Associate confirms profile reviewed and updated if necessary
☑ Manager confirms profile reviewed and updated if necessary

## 2019 Performance Objectives

The Year End Performance Review Form is the final, annual review of your performance by your manager. The focus of the Year End Performance Review is to review progress and achievement of objectives set at the beginning and throughout the year. The Year End Performance Review Form provides you with the opportunity to describe what results were achieved and how you achieved them. Think about the actions you took to progress toward your objectives and the key milestones you reached along the way.

For each objective, select the appropriate rating by assessing your progress toward each objective, considering what results you achieved and how you achieved them. Your manager will also assess each objective.

Click on the "pencil icon" next to each objective to add progress updates or update the status of each objective.

Performance Objectives
Achieve 2019 Store ID Sales targets established in budget of Store 541 = +6.38 percent increase.

In Progress

| Rating | Rating by DOLORES E GARCIA |
|---|---|
| Consistently Delivers Expectations | Needs Improvement |

## Objective Details

| WHAT result will you achieve? | Achieve 2019 Store ID Sales targets established in budget of Store 541 = +6.38 percent increase. | Start Date | 02/03/2019 |
|---|---|---|---|

ROUNDYS_001320

| HOW will you achieve this, working through and with others? | By working together with department managers to recruit and train employees that will create positive teams which will increase customer satisfaction. | Target Completion Date | 02/01/2020 |
| Status | In Progress | | |

---

Performance Objectives

## Achieve goals for execution behaviors including Pick-Up Fill Rate of 96%.

<div style="border:1px solid">In Progress</div>

**Rating**                              **Rating by DOLORES E GARCIA**

Consistently Delivers Expectations      Exceeds Expectations

---

### Objective Details

| WHAT result will you achieve? | Achieve goals for execution behaviors including Pick-Up Fill Rate of 96%. | Start Date | 02/03/2019 |
| HOW will you achieve this, working through and with others? | Work closely with Pickup manager to identify areas of training that can increase the fill rate. Work with new hires and long term team members to address the areas of need and retrain as necessary. | Target Completion Date | 02/01/2020 |
| Status | In Progress | | |

---

Performance Objectives

## Follow the Steps of Retention to Achieve 2019 Store Retention Rate of 55.49 percent.

<div style="border:1px solid">In Progress</div>

**Rating**                              **Rating by DOLORES E GARCIA**

Consistently Delivers Expectations      Needs Improvement

---

### Objective Details

| WHAT result will you achieve? | Follow the Steps of Retention to Achieve 2019 Store Retention Rate of 55.49 percent. | Start Date | 02/03/2019 |
| HOW will you achieve this, working through and with others? | Meet with both new hires and long term team members on a regular basis to identify areas of concern that can be corrected, Meet with department managers on a regular basis to create workplans for team members who require additional training or counseling. | Target Completion Date | 02/01/2020 |
| Status | In Progress | | |

---

Performance Objectives

## Achieve compliance of 90%, including 1-9 100%, WOTC of 98% completion and Learning LMS of 80%.

<div style="border:1px solid">In Progress</div>

**Rating**                              **Rating by DOLORES E GARCIA**

No Longer Applicable                    Consistently Delivers Expectations

---

ROUNDYS_001321

## Objective Details

| | | | |
|---|---|---|---|
| WHAT result will you achieve? | Achieve compliance of 90%, including 1-9 100%, WOTC of 98% completion and Learning LMS of 80%. | Start Date | 02/03/2019 |
| HOW will you achieve this, working through and with others? | Create a sense of urgency with department managers as to the importance and timeliness of above stated trainings. Actively recruit team members weekly to complete training modules. | Target Completion Date | 02/01/2020 |
| Status | In Progress | | |

---

Performance Objectives

## Add NHO Survey Completion of 95% and passing scores of 85%    [ In Progress ]

| Rating | Rating by DOLORES E GARCIA |
|---|---|
| Consistently Delivers Expectations | Consistently Delivers Expectations |

---

### Objective Details

| | | | |
|---|---|---|---|
| WHAT result will you achieve? | Add NHO Survey Completion of 95% and passing scores of 85% | Start Date | 02/03/2019 |
| HOW will you achieve this, working through and with others? | Partner with department managers to assign team members daily to complete the surveys everyday. | Target Completion Date | 02/01/2020 |
| Status | In Progress | | |

---

Performance Objectives

## Achieve Shrink of 4.07%    [ In Progress ]

| Rating | Rating by DOLORES E GARCIA |
|---|---|
| Consistently Delivers Expectations | Needs Improvement |

---

### Objective Details

| | | | |
|---|---|---|---|
| WHAT result will you achieve? | Achieve Shrink of 4.07% | Start Date | 02/03/2019 |
| HOW will you achieve this, working through and with others? | Continue to educate team members on the importance of shrink. Train team members who have access to handhelds to ensure shrink is recorded. | Target Completion Date | 02/01/2020 |
| Status | In Progress | | |

---

## Performance Objective Comments

Use the space provided to add any further detail about your progress and achievement of each objective. Include any supporting comments that describe the results you achieved and how you were able to achieve them. Before your Year End Performance Review Discussion, your manager will review your objectives and supporting comments and include their comments as well.

ROUNDYS_001322

Case: 1:21-cv-05368 Document #: 48-3 Filed: 10/03/22 Page 20 of 22 PageID #:321

Section Comments:

**Subject's Comments**

Turnover - 541 is tracking to miss

**Manager's Comments**

- Strengths
  - Engagement
  - Development
  - Execution
- Weaknesses
  - Globalization
  - Complacency
  - Organization
  - Delegation
  - Time management

## Kroger Leadership Model Behaviors

Review the Kroger Leadership Model behaviors for your role or level by selecting the Kroger Leadership Model image on your **KnowMe homepage**. Then, assess each Kroger Leadership Model behavior, considering how you demonstrated each behavior for your role or level throughout the year.

Use the "Section Comments" area to share any overall comments about your progress on the Kroger Leadership Model behaviors this year. Think about how you were able to demonstrate a Passion for People and a Passion for Results in your role. Additionally, think about how you will continue to develop on these behaviors in the coming year.

### Achieves Results through Teamwork

**Rating**

●●●●○

Striving Towards Great

**Rating by DOLORES E GARCIA**

●●●●○

Striving Towards Great

### Coaches and Develops Others

**Rating**

●●●○○

Good

**Rating by DOLORES E GARCIA**

●●●○○

Good

### Communicates Effectively and Candidly

**Rating**

●●●○○

Good

**Rating by DOLORES E GARCIA**

●●●●○

Striving Towards Great

### Executes with Excellence

**Rating**

●●●○○

Good

**Rating by DOLORES E GARCIA**

●●●○○

Good

ROUNDYS_001323

Case: 1:21-cv-05368 Document #: 48-3 Filed: 10/03/22 Page 21 of 22 PageID #:322

## Leads Change and Innovation

**Rating**



Striving Towards Great

**Rating by DOLORES E GARCIA**



Good

---

## Leads through Positive Influence

**Rating**



Striving Towards Great

**Rating by DOLORES E GARCIA**

Striving Towards Great

---

## Provides Clear and Strategic Direction

**Rating**

Good

**Rating by DOLORES E GARCIA**

Good

---

## Puts the Customer First

**Rating**

Good

**Rating by DOLORES E GARCIA**

Great

---

Section Comments:

### DOLORES E GARCIA's Comments

541 is tracking to miss the turnover goal this fiscal year, ending up about 61% vs goal of 52%.

### CORBETT ATKINS's Comments

- Strengths
  - Engagement
  - Development
  - Execution
- Weaknesses
  - Globalization
  - Complacency
  - Organization
  - Delegation
  - Time management

## Year End Summary

Provide any additional comments you would like to share about your overall performance for the year in the space below.

Section Comments:

### DOLORES E GARCIA's Comments

541 will probably end up the fiscal year as follows:
Compliance - 90%

ROUNDYS_001324

Certification - 75%
Turnover - 62% vs goal of 52%
Timely Terms - 100%
Onboarding Surveys - 100%
I9's - 100%
WOTC - 100%

541 continues to struggle with FT/PT hiring.  Partnershps with local schools and agencies have been established.

Employee engagement - 4-5 per month

Employee communication continues to improve through huddles and individual employee meetings.

Overall teamwork at 541 remains very high.

### CORBETT ATKINS's Comments

Dolores does a great job of engaging team members, she is someone they feel very comfortable talking too, and creates a very inviting atmosphere. Evette does a good job of talent development, she execute a very consistent training program, and is committed the growth of employees.

## 2019 Overall Performance Rating

This section will contain the associate's 2019 overall performance rating once it has been finalized by your Division/Business Unit's HR team.

Overall Performance Rating
2019 Overall Performance - Consistently Delivers Expectations

## Objective Details

| 2019 Overall Performance | 2019 Overall Performance - Consistently Delivers Expectations |
|---|---|

## Manager Next Steps

The 2019 performance rating must show above before you have the Year End Performance Review Discussion with the associate. When you are ready to hold the Year End Performance Review Discussion, use the print icon to print a copy of the associate's performance review form and bring to the discussion. After the Performance Review Discussion has occurred, forward the Performance Review Form to the associate, via the associate acknowledgement step. If this form is forwarded **before the 2019 performance rating has populated** or the **Performance Review Discussion has occurred**, navigate to "Team Overview" and use the "Recall" hyperlink in the "Associate Acknowledgement" column to move the form back to the "Performance Review Discussion" step.

## Year End Performance Review Discussion Date

2019 Performance Review Date          05/13/2020

## Signatures

Your signature indicates the Year End Performance Review Discussion was held, not agreement with the documentation or information contained in it. Review your Year End Performance Review Form to ensure all areas are complete. Click "Acknowledge to Complete Review" when complete.

Associate:   DOLORES E GARCIA                                05/13/2020

ROUNDYS_001325