IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN CUNNINGHAM | ) |
| | ) No. 1:21-cv- 5368 |
| Plaintiff, | ) |
| | ) **Hon. Virginia M. Kendall** |
| v. | ) **District Court Judge** |
| | ) |
| ROUNDY'S ILLINOIS, LLC., D/B/A MARIANO'S | ) Hon. Sheila M. Finnegan |
| | ) Magistrate Judge |
| | ) |
| Defendant. | ) *JURY DEMAND* |
| | ) |

**PLAINTIFF'S (FIRST) MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO DEFENDANT'S FRCP 12(b)(6) MOTION TO DISMISS,
SO AS TO SYNCHRONIZE BRIEFING SCHEDULES ON ALL (14) RELATED CASES,
IN LIEU OF PLAINTIFF'S PENDING MOTION TO STAY**

**NOW COMES Plaintiff,** and for his (First) Motion For Extension of Time to File Response to Defendant's FRCP 12(b)(6) Motion To Dismiss, So As to Synchronize Briefing Schedules on All (14) Related Cases, In Lieu of Plaintiff's Pending Motion to Stay, states as follows:

1. This matter comes before the Court after 23 Plaintiff claims, that had been filed together in this matter, were severed by this Court. See *Cunningham*, Dkt. No. 29.

2. After that severance, 14 Plaintiffs filed individual actions. One of those individually filed claims was randomly reassigned to this Court: *Fuhrmann v. Roundys, Illinois, LLC.*, Case No. 1:22-cv-04035.

3. In this case, Plaintiff has filed a Motion To Consolidate the other 13 cases that are currently pending before 11 different judges, based upon the assertion that Defendant's motion to dismiss is premised upon the exact set of facts and the exact same application of law. Indeed, all 15 of the motions to dismiss filed by Defendant are identical in fact and law, and Defendant filed a near identical dismissal pleading in each case.

1

4. In each of cases in which Defendant has moved for dismissal, the various Plaintiffs (including this case and *Fuhrmann*), have requested that each Court stay the briefing schedules pending the outcome of this Court's ruling on the Motion to Consolidate. Those requests to the various assigned judges have met with mixed results, with a majority of the opinion to date being that Plaintiffs should now respond to each of the Motions to Dismiss and that briefing be completed while this Court considers the Motion to Consolidate.

5. All Plaintiffs accept that sentiment, and thus this Motion For Extension. This Motion seeks to synchronize the briefing schedule on Defendant's Motion to Dismiss with the other 14 briefing schedules and avoid further briefing on Plaintiff's previous Motion to Stay. To date, five (5) cases have taken the lead in that regard and three (3) judges have assigned a uniform date of October 20, 2022 for Plaintiff's response: two (2) cases assigned to Judge Johnson Coleman, (2) cases assigned to Judge Guzman, and one (1) case assigned to Judge Shah.

6. This Court had previously set October 6, 2022 for Plaintiff's response to Defendant's Motion To Dismiss, and now pending here is Plaintiff's Motion to Stay that briefing schedule, set for October 11, 2022 at 9:30 a.m. See Dkt. No. 51.

7. Plaintiff herein requests that this Court enter an Order setting Plaintiff's response to Defendant's Motion to Dismiss for October 20, 2022 so as to coincide with the briefing set by Judges Johnson Coleman, Guzman and Shah. If this Court grants this Motion, Plaintiff will withdraw his Motion to Stay, or the Court may strike the Motion as moot.

8. As of the day of this filing, Plaintiffs in the remaining seven (7) cases have requested those judges to also synchronize these briefing schedules and assign the Plaintiffs therein the same October 20, 2022 date for all responses to Defendant's Motion to Dismiss.

9. Additionally, lead counsel for Plaintiffs in all the cases, John W. Billhorn, in scheduled to be in central Illinois several days the week of October 10, 2022 tending to family health matters involving his elderly father. The requested date would accommodate counsel's responsibilities in that regard.

10. Defense counsel, Christopher Griesmeyer, was consulted on Defendant's position regarding the synchronization of the briefing schedules as described herein. By email, Mr. Griesmeyer demurred to Plaintiff's request and would not agree to the request as presented.

WHEREFORE, Plaintiff Cunningham hereby requests this Court to 1) enter and Order granting his (First) Motion For Extension of Time to File Response To Defendant's FRCP 12(b)(6) Motion To Dismiss, So As to Synchronize Briefing Schedules on All (14) Related Cases, 2) enter an Order striking Plaintiff's Motion to Stay (Dkt. No. [47]) as moot, 3) establishing a date for Defendant's reply in support of its dismissal motion, and 4) for such other relief the Court deems appropriate under the circumstances

Respectfully submitted,

*Electronically Filed 10/06/2022*

/s/ John W. Billhorn
_____

John W. Billhorn
Samuel D. Engelson

Attorneys for Plaintiff

BILLHORN LAW FIRM
53 West Jackson Blvd., Suite 1137
Chicago, IL 60604
(312) 853-1450
jbillhorn@billhornlaw.com
sengelson@billhornlaw.com